**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STICHTING PENSIOENFONDS ABP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Civil Action No. 05-5060 (SRC)** |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

| | | |
|---|---|---|
| NORGES BANK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Civil Action No. 07-4021 (SRC)** |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

| | | |
|---|---|---|
| DEKA INVESTMENT GmbH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **Civil Action No. 07-4022 (SRC)** |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

---

UNION ASSET MANAGEMENT                  :
HOLDING AG, et al.,                     :
                                        :
                          Plaintiffs,   :      **Civil Action No. 07-4023 (SRC)**
                                        :
             v.                         :
                                        :
MERCK & CO., INC., et al.,              :
                                        :
                          Defendants.   :
                                        :

---

AFA LIVFORSAKRINGSAKTIEBOLAG,           :
et al.,                                 :
                                        :
                          Plaintiffs,   :      **Civil Action No. 07-4024 (SRC)**
                                        :
             v.                         :
                                        :
MERCK & CO., INC., et al.,              :
                                        :
                          Defendants.   :
                                        :

---

ALLIANZ GLOBAL INVESTORS                :
KAPITALANLAGEGESELLSCHAFT               :
MbH, et al.,                            :
                                        :      **Civil Action No. 07-4451 (SRC)**
                          Plaintiffs,   :
                                        :
             v.                         :
                                        :
MERCK & CO., INC., et al.,              :
                                        :
                          Defendants.   :

---

| | | |
|---|---|---|
| DWS INVESTMENT GmbH, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **Civil Action No. 07-4546 (SRC)** |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

| | | |
|---|---|---|
| KBC ASSET MANAGEMENT NV, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **Civil Action No. 11-6259 (SRC)** |
| v. | : | |
| | : | |
| MERCK & CO., INC., et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

### ORDER TO SHOW CAUSE

The above-captioned matters each constituting securities fraud actions relating to

Defendant Merck & Co., Inc.'s conduct with respect to the product known as Vioxx and

therefore each proceeding as part of MDL 1658; and

**IT APPEARING** that the above-captioned matters were filed in this Court on various

dates subsequent to the entry of Pretrial Order No. 1 in MDL 1658 on May 6, 2005 ("Pretrial

Order No. 1"); and it further

**APPEARING** that Pretrial Order No. 1 provides that it "shall also apply automatically to

any action subsequently filed in, removed, or transferred to this Court relating to the subject

matter of the actions in MDL 1658;" and it further

APPEARING that Pretrial Order No. 1 further provides that "all actions identified as

'Securities Actions' on Schedule A, as well as any related securities action subsequently

identified, filed in, removed or transferred to this Court (collectively the 'Consolidated Securities

Action') are hereby consolidated for all purposes;" and it further

APPEARING that Plaintiffs in the above-captioned matters nevertheless take the

position that their individually-filed actions are not subject to Pretrial Order No. 1 and should not

be consolidated with the Consolidated Securities Action, Civil Action No. 05-2367, for all

purposes; and it further

APPEARING that the Court can discern no basis upon which to permit the above-

captioned actions to proceed without being governed by Pretrial Order No. 1; therefore,

**IT IS** on this 10th day of August, 2012,

**ORDERED** that Plaintiffs in the above-captioned actions shall show cause before this

Court in writing on or before August 20, 2012, why the actions should not be consolidated for all

purposes with the Consolidated Securities Action, Civil Action No. 05-2367.


       s/Stanley R. Chesler
       STANLEY R. CHESLER
       United States District Judge